IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:08-cr-00004-SPM-AK

JUAN ANTRELL WASHINGTON,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 266, Defendant's Motion entitled Suggestion of Conflict of Interest. A teleconference was held on February 24, 2009. As stated during the conference, an in-court hearing will be held on the matter at 10:00 a.m. on Wednesday, March 4, 2009. The federal public defender shall provide an attorney to appear at the hearing and to question defense counsel if necessary. A copy of this order, and the motion at Doc. 266, shall be sent to the federal public defender.

     **DONE AND ORDERED** this  *25th*  day of February, 2009

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge